### HENDERSON vs. MILLER.

Who are necessary parties to a bill.

THE CHANCELLOR. It has already been decided, upon demurrer in this case (2 Stock. 322), that the personal representative of Abrahams is a necessary party.

Also, that the heirs of Aaron P. Wright are necessary parties.

Also, that the heirs or devisees of Charles Wright are necessary parties.